# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, HKennethJr | U.S. District Court, W.D.N.Y. | 05/23/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/01/16 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | A | Dividend | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | | None | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHIRE PLC SPON ADR DE | A | Dividend | J | T | Buy (add'l) | 02/12/16 | J | | |
| 36. CELADON GROUP INC DE | A | Dividend | | | Sold | 02/01/16 | J | A | |
| 37. BEIERSDORF AG ADR DE | A | Int./Div. | | | Sold | 02/18/16 | J | B | |
| 38. VALERO ENERGY CORP NEW DE | A | Dividend | | | Sold | 05/03/16 | J | B | |
| 39. HUNTINGTON BANCSHRES DE | A | Dividend | | | Sold | 10/26/16 | J | B | |
| 40. CVS HEALTH CORP DE | A | Dividend | | | Sold | 11/08/16 | J | B | |
| 41. ORANGE SPON ADR DE | A | Int./Div. | | | Sold | 02/16/16 | J | B | |
| 42. GOLDMAN SACHS GROUP INC | A | Dividend | | | Sold | 07/19/16 | J | | |
| 43. TWITTER INC DE | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 44. TEGNA INC DE | A | Dividend | | | Sold | 04/27/16 | J | B | |
| 45. FEDERATED INVESTORS INC PA CL B DE | A | Dividend | | | Sold | 05/02/16 | J | B | |
| 46. LLOYDS BANKING GROUP PLC SPON ADR DE | A | Dividend | | | Sold | 06/24/16 | J | B | |
| 47. REYNOLDS AMERN INC (HOLDING CO) DE | A | Dividend | | | Sold | 07/26/16 | J | B | |
| 48. ENCANA CORP CAD DE | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 49. TJX COS INC NEW DE | A | Dividend | | | Sold | 02/24/16 | J | B | |
| 50. BARCLAYS PLC ADR DE | A | Dividend | | | Sold | 03/03/16 | J | A | |
| 51. WYNDHAM WORLDWIDE CORP DE | A | Dividend | | | Sold | 04/26/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CLEARWATER PAPER CORP DE | A | Dividend | | | Sold | 07/22/16 | J | B | |
| 53. AKAMAI TECHNOLOGIES INC DE | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 54. | | | | | Sold | 02/18/16 | J | B | |
| 55. MICROSEMI CORP DE | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 56. | | | | | Sold | 10/12/16 | J | B | |
| 57. XL GROUP PLC SHS DE | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 58. APHABET INC CL A DE | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 59. TATA MOTORS LTD SPON ADR DE | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 60. | | | | | Sold | 11/15/16 | J | B | |
| 61. ALIBABA GROUP HLDG LTD SPON ADR DE | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 62. | | | | | Sold | 05/25/16 | J | B | |
| 63. ALLIANCE DATA SYSTEMS CORP DE | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 64. | | | | | Sold | 10/18/16 | J | B | |
| 65. HANESBRANDS INC DE | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 66. MICROCHIP TECHNOLOGY INC DE | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 67. | | | | | Sold | 10/12/16 | J | B | |
| 68. SINCLAIR BROADCAST GROUP INC CL A DE | A | Dividend | J | T | Buy | 02/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/02/16 | J | B | |
| 70. HOCHTIEF AG ORD DM 5 PR ORD EUR DE | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 71. | | | | | Sold | 05/12/16 | J | B | |
| 72. USG CORP NEW DE | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 73. TRIUMPH GROUP INC DE | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 74. | | | | | Sold | 07/29/16 | J | A | |
| 75. NISSAN MTR LTD SPONS ADR JAPAN ADR DE | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 76. | | | | | Sold | 07/27/16 | J | B | |
| 77. SYMANTEC CORP DE | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 78. | | | | | Sold | 05/13/16 | J | B | |
| 79. TYSON FOODS INC CL A DE | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 80. | | | | | Sold | 11/21/16 | J | A | |
| 81. CK HUTCHISON HLDGS LTD UNSPONSORED ADR DE | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 82. | | | | | Sold | 08/12/16 | J | B | |
| 83. PULTE GROUUP INC DE | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 84. | | | | | Sold | 10/20/16 | J | B | |
| 85. BANK OF CHINA ADR DE | A | Dividend | J | T | Buy | 03/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MARTIN MARIETTA MATERIALS INC DE | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 87. MACK-CALI REALTY CORP DE | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 88. VENTAS INC DE | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 89. VULCAN MATERIALS CO NEW (HOLDING COMPANY) DE | A | Dividend | J | T | Buy | 05/03/16 | J | | |
| 90. MGM RESORTS INTL DE | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 91. ENEL SPA ADR DE | A | Dividend | J | T | Buy | 05/10/16 | J | | |
| 92. NOKIA CORP SPONS ADR FINLAND ADR DE | A | Dividend | J | T | Buy | 05/10/16 | J | | |
| 93. | | | | | Sold | 11/29/16 | J | A | |
| 94. MONDELEZ INTL INC DE | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 95. | | | | | Sold | 12/15/16 | J | B | |
| 96. SUNPOWER CORP DE | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 97. | | | | | Sold | 06/16/16 | J | B | |
| 98. HUNTSMAN CORP DE | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 99. | | | | | Sold | 08/11/16 | J | B | |
| 100. KOREA ELECTRIC POWER CRP SPONSORED ADR SHS DE | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 101. | | | | | Sold | 11/29/16 | J | A | |
| 102. ICON PLC EUR DE | A | Dividend | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. XL GROUP PLC SHS DE | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 104. VAIL RESORTS INC DE | A | Dividend | J | T | Buy | 06/09/16 | J | | |
| 105. EXELON CORP DE | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 106. ANADARKO PETROLEUM CORP DE | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 107. | | | | | Sold | 12/19/16 | J | B | |
| 108. COMMSCOPE HLDG CO INC DE | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 109. E ON SE SPON ADR DE | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 110. | | | | | Sold | 08/10/16 | J | B | |
| 111. WESTERN UNION CO DE | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 112. | | | | | Sold | 08/24/16 | J | B | |
| 113. | | | | | Buy | 11/12/16 | J | | |
| 114. PROSIEBENSAT.1 MEDIA SE ADR DE | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 115. SINOPEC SHANGHAI PETROCHEMICAL CO LTD SPON ADR DE | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 116. SUNCOR ENERGY INC NEW CAD DE | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 117. ARROW ELECTRONICS INC DE | A | Dividend | J | T | Buy | 08/04/16 | J | | |
| 118. | | | | | Sold | 11/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. MARKEL CORP (HOLDING CO) DE | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 120. ORBITAL ATK INC COM DE | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 121. DIGITAL REALTY TRUST INC REIT DE | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 122. WAL MART STORES INC DE | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 123. FLEXTRONICS UNTL LTD DE | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 124. | | | | | Sold | 11/21/16 | J | B | |
| 125. AETNA INC DE | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 126. CITIGROUP INC DE | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 127. | | | | | Sold | 12/08/16 | J | B | |
| 128. RITE AID CORP DE | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 129. | | | | | Sold | 12/15/16 | J | B | |
| 130. LULULEMON ATHLETICA INC DE | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 131. SALESFORCE.COM INC DE | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 132. | | | | | Sold | 11/18/16 | J | B | |
| 133. EXPERIAN PLC SPON ADR DE | A | Dividend | J | T | Buy | 10/10/16 | J | | |
| 134. PROCTER & GAMBLE CO DE | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 135. PPG INDUSTRIES INC DE | A | Dividend | J | T | Buy | 10/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. UNTD RENTALS INC DE | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 137. ALTRIA GROUP INC DE | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 138. MELLANOX TECHNOLOGIES LTD ILS DE | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 139. | | | | | Sold | 10/28/16 | J | B | |
| 140. OWENS ILLINOIS INC NEW DE | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 141. THERMO FISHER SCIENTIFIC INC DE | A | Dividend | J | T | Buy | 10/27/16 | J | | |
| 142. UNITED PARCEL SERVICE INC CL B DE | A | Dividend | J | T | Buy | 10/27/16 | J | | |
| 143. CHINA TELECOM CORP LTD REPSTG H SHS SPON ADR DE | A | Dividend | J | T | Buy | 10/28/16 | J | | |
| 144. MOSAIC CO DE | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 145. WPX ENERGY INC DE | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 146. LAS VEGAS SANDS CORP DE | A | Dividend | J | T | Buy | 11/04/16 | J | | |
| 147. ASSOCIATED BRITISH FOODS PLC NEW ADR DE | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 148. SEMTECH CORP DE | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 149. SINGAPORE TELECOM LTD NEW 2006 SPON ADR DE | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 150. ACTELION LTD UNSPONSORED ADR DE | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 151. | | | | | Sold | 11/28/16 | J | B | |
| 152. CABOT OIL & GAS CORP DE | A | Dividend | J | T | Buy | 11/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. VANTIV INC CL A DE | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 154. CARNIVAL CORP NEW (PAIRED STOCK) DE | A | Dividend | J | T | Buy | 11/29/16 | J | | |
| 155. CDW CORP DE | A | Dividend | J | T | Buy | 11/29/16 | J | | |
| 156. ROCHE HLDG LTD SPONS ADR SWITZ ADR DE | A | Dividend | J | T | Buy | 11/29/16 | J | | |
| 157. MANHATTAN ASSOC INC DE | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 158. INTEGRATED DEVICE TECH INC DE | A | Dividend | J | T | Buy | 12/02/16 | J | | |
| 159. CHINA RESOURCES LAND LTD (HK) HKD | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 160. DIAMONDBACK ENERGY INC DE | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 161. ORACLE CORP DE | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 162. AVANGRID INC DE | A | Dividend | J | T | Buy | 12/19/16 | J | | |
| 163. AK STEEL HOLDING CORP DE (Y) | | | | | | | | | |
| 164. INTERCONTINENTALEXCHANGE GROUP DE | A | Dividend | J | T | | | | | |
| 165. LATTICE SEMICONDUCTOR CORP DE (Y) | | | | | | | | | |
| 166. APPLE INC DE | A | Dividend | J | T | | | | | |
| 167. SCHWAB CHARLES CORP NEW DE | A | Dividend | J | T | | | | | |
| 168. KITE REALTY GROUP TRUST REIT DE | A | Dividend | J | T | | | | | |
| 169. CONS ENERGY INC DE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544